No. 85–5993.  SIMMONS v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 85–5994.  SEWARD v. SAN LUIS OBISPO COUNTY DEPARTMENT OF SOCIAL SERVICES.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 85–5995.  VILLAREAL v. STAGNER, SUPERINTENDENT, CORRECTIONAL TRAINING FACILITY.  C. A. 9th Cir.  Certiorari denied.

No. 85–5996.  ROSBERG v. DEUTSCHE CREDIT CORP.  Sup. Ct. Neb.  Certiorari denied.

No. 85–5997.  SPENCER v. DEVOE & REYNOLDS CO., INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–5998.  RUNNELS v. KINGSTON ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 85–5999.  STRYKER v. NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied.

No. 85–6003.  HURLEY v. HONGISTO ET AL.  C. A. 2d Cir. Certiorari denied.

No. 85–6007.  KRUMPELMAN v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 85–6008.  BRANCEWICZ v. LAMBIRIS ET AL.  C. A. 3d Cir. Certiorari denied.

No. 85–6012.  MUZA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 85–6013.  WELLS v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 85–6014.  ROSBERG v. DEUTSCHE CREDIT CORP.  C. A. 8th Cir.  Certiorari denied.

No. 85–6015.  WHITE v. BLACKBURN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 85–6016.  FLITTIE v. SOLEM, WARDEN.  C. A. 8th Cir. Certiorari denied.